# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00613-CV

**Angela Dion Bruton, Appellant**

**v.**

**Michael Blake Bruton, Appellee**

### FROM THE DISTRICT COURT OF LAMPASAS COUNTY, 27TH JUDICIAL DISTRICT
### NO. 17,838, HONORABLE JOHN GAUNTT, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant filed her notice of appeal on September 6, 2013, and the appellate record was filed on January 23, 2014. On February 25, we granted appellant's motion for extension of time to file the brief, extending the deadline to April 25. On May 19, we sent appellant notice that her brief was overdue, asking her to explain the failure to file her brief by May 29 and cautioning that her appeal would be subject to dismissal if she did not provide a timely and satisfactory response. To date, appellant has not filed her brief or otherwise responded to our notice. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

David Puryear, Justice

Before Justices Puryear, Goodwin, and Field

Dismissed for Want of Prosecution

Filed:   June 26, 2014